UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>ARORA ENTERPRISES, LLC, a California Limited Liability Company; APRO, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>        Defendants. | **Case No.** 4:19-CV-02674-HSG<br><br>ORDER [~~proposed~~] TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to June 3, 2020.

**IT IS SO ORDERED.**

Dated: ___5/5/2020___

*/s/ Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge